UNITED STATES DISTRICT COURT                      CIVIL CONFERENCE
EASTERN DISTRICT OF NEW YORK                      MINUTE ORDER

BEFORE:    JAMES ORENSTEIN                 DATE:    7/14/2015
           U.S. MAGISTRATE JUDGE           TIME:    2:00 p.m.

*Jermel Alford v. Seregant Florencio Arquer et al.*
15-CV-0538 (CBA) (JO)

TYPE OF CONFERENCE:  Settlement

APPEARANCES:    Plaintiff      Robert Marinelli
                Defendants     Aimee K. Lulich

SCHEDULING: The next telephone conference will be held on August 18, 2015, at 12:30 p.m.

SUMMARY: The parties agreed to settle the case. If they file a stipulation of dismissal no later than August 14, 2015, I will cancel the conference scheduled above; otherwise, I direct the plaintiff's counsel to initiate the telephone conference call.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge