UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

JERMEL ALFORD,

                                           Plaintiff,

-against-

CITY OF NEW YORK, SERGEANT FLORENCIO ARQUER, Shield No. 1846; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                           Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

1-5CV-00538 (CBA) (JO)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 20 2015 ★

BROOKLYN OFFICE

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2015

| | |
|---|---|
| ROBERT MARINELLI<br>*Attorney for Plaintiff*<br>305 Broadway, 9th Floor<br>New York, NY 10007<br>1(212)822-1427<br><br>By: _____/s/_____<br>Robert Marinelli<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York<br>and Florencio Arquer*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____Aimee Lulich_____<br>Aimee Lulich<br>*Assistant Corporation Counsel* |

SO ORDERED:

s/Carol Bagley Amon

_____
HON. CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE

Dated: July 17, 2015

2